UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:22-cv-02537-DSF (SHK) | Date: | May 6, 2022 |
|---|---|---|---|
| Title: | *Michael LaDonte Scott v. Ray Bon Johnson, Warden* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   Order re: Failure to File Request to Proceed In Forma Pauperis**

    On April 14, 2022, the Court received a civil rights complaint ("Compl.") under 42 U.S.C. § 1983, an Income Statement Report ("Report"), and a Motion for Preliminary Injunction ("Mot.") from pro se Plaintiff Michael LaDonte Scott ("Plaintiff"), an inmate at California State Prison – Los Angeles County.  Electronic Case Filing Number ("ECF No.") 1, Compl.; ECF No. 2, Report; ECF No. 3, Mot.  Plaintiff, however, has not paid the mandatory $402.00 filing fee[1] or filed a request to proceed in forma pauperis ("IFP"), which must include an authorization for disbursement of funds.  See 28 U.S.C. § 1915(a)(2).

    Accordingly, if Plaintiff wishes to proceed with this lawsuit, **within thirty days of the date of this Order,** Plaintiff must either: (1) pay the full $402.00 filing fee; (2) file a request to proceed IFP; or (3) show cause in writing why he is unable to do so.  The Clerk of Court is directed to mail Plaintiff a blank copy of the district's IFP application form (CV-060P).  **Plaintiff is expressly warned that failure to timely comply with this Order will result in the dismissal of this action without prejudice for failure to prosecute and follow Court orders.**

    IT IS SO ORDERED.

---

[1] This includes the $350 base filing fee and $52 administrative fee.