UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02537-DSF-SHK | Date: | August 3, 2022 |

Title: *Michael LaDonte Scott v. Ray Bon Johnson, Warden*

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   FINAL ORDER TO SHOW CAUSE**

On May 17, 2022, the Court dismissed Plaintiff Michael LaDonte Scott's ("Plaintiff") First Amended Complaint ("FAC") with leave to amend ("ODLA").  Electronic Case Filing ("ECF No.") 9, FAC; ECF No. 13, ODLA.  Pursuant to the ODLA, Plaintiff's Second Amended Complaint ("SAC") was due on before June 7, 2022.  See ECF No. 13, ODLA at 8.  Plaintiff was warned in the ODLA that "**if Plaintiff does not timely file a SAC, the Court will recommend that this action be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Federal Rule of Civil Procedure 41(b).**"  Id. at 9 (emphasis in original).  Plaintiff moved for, and was granted, an extension of time ("EOT") until July 10, 2022, to file his SAC.  ECF No. 15, EOT Mot.; ECF No. 16, EOT Order.  To date, Plaintiff has not filed a SAC or otherwise participated in this litigation.

Accordingly, Plaintiff is **ordered to show cause** by **August 16, 2022**, why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff can satisfy this order by either: (a) filing his SAC; or (b) indicating in writing that he wishes to stand on the allegations in his FAC.  **Plaintiff is warned that failure to timely perform one of the above options will result in a recommendation that this case be dismissed for failure to prosecute and follow Court orders**.  Finally, Plaintiff is warned that extensions of time to perform one of the above options will be granted sparingly, only for very good cause shown, and if requested before the above stated deadline.

**IT IS SO ORDERED.**