JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LADONTE SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAY BON JOHNSON, Warden,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-02537-DSF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

IT IS SO ORDERED.

DATED: October 17, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE